KEVIN A. FLAUTT, State Bar No. 257892
*kflautt@kmtg.com*
KAITLIN HARR, State Bar No. 327665
*kharr@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for SUSANVILLE SANITARY DISTRICT, STEVE J. STUMP, JOHN MURRAY, ERNIE PETERS, DAVID FRENCH, KIM ERB, and MARTY HEATH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH STAMPFLI, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual and official capacities, JOHN MURRAY, in his individual and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities, MARTY HEATH, in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V, and ABLE & BAKER COMPANIES, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-CV-01566-WBS-DMC<br><br>**STIPULATION AND ORDER FOR FILING OF AMENDED COMPLAINT**<br><br>Hon. William B. Shubb<br><br>Trial Date:　　TBD<br>Action Filed:　August 6, 2020 |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff will file pursuant to FRCP 15(a)(2) an Amended Complaint within 7 days, or by October 14, 2020, and Defendants shall have 14 days from that date, or October 28, 2020, to respond to the Amended Complaint pursuant to FRCP 15(a)(3). The parties

1 further stipulate that upon the filing of the Amended Complaint, Defendants' pending motion to
2 dismiss shall be withdrawn, without prejudice to renew in response to the Amended Complaint,
3 and that the October 19, 2020, hearing date should be vacated.

4 **SO STIPULATED,**

5 DATED:  October 7, 2020        KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                  A Professional Corporation

                                  By:      */s/ Kevin A. Flautt*
                                       Kevin A. Flautt
                                       Attorneys for SUSANVILLE SANITARY
                                       DISTRICT, STEVE J. STUMP, JOHN
                                       MURRAY, ERNIE PETERS, DAVID FRENCH,
                                       KIM ERB, and MARTY HEATH

12 DATED:  October 7, 2020        ERICKSON, THORPE & SWAINSTON, LTD

                                  By:  */s/ Thomas P. Beko* (as authorized on 10/07/2020)
                                       Thomas P. Beko
                                       Attorneys for DEBORAH STAMPFLI

**CERTIFICATION OF ELECTRONIC SIGNATURE**

I hereby attest that I received permission in writing on October 7, 2020, to state that Mr. Thomas Beko has authorized submission of the document on his behalf corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

DATED:  October 7, 2020

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: */s/ Kevin A. Flautt*
Kevin A. Flautt
Attorneys for SUSANVILLE SANITARY DISTRICT, STEVE J. STUMP, JOHN MURRAY, ERNIE PETERS, DAVID FRENCH, KIM ERB, and MARTY HEATH

**ORDER**

Upon the stipulation of the parties, Plaintiff will file pursuant to FRCP 15(a)(2) an Amended Complaint within 7 days, or by October 14, 2020, and Defendants shall have 14 days from that date, or October 28, 2020, to respond to the Amended Complaint pursuant to FRCP 15(a)(3). The parties further stipulate that upon the filing of the Amended Complaint, Defendants' pending motion to dismiss shall be withdrawn, without prejudice to renew in response to the Amended Complaint, and that the October 19, 2020, hearing date should be vacated.

**IT IS HEREBY ORDERED**.

Dated: October 9, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

**Deborah Stampfli v. Susanville Sanitary District, et al.**
**Case No. 2:20-CV-01566-WBS-DMC**

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Sacramento, State of California.  My business address is 400 Capitol Mall, 27th Floor, Sacramento, CA 95814.

On October 7, 2020, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER FOR FILING OF AMENDED COMPLAINT** on the interested parties in this action as follows:

Thomas P. Beko
ERICKSON, THORPE & SWAINSTON
P.O. Box 3559
Reno, NV 89595
Telephone: (775) 786-3930
Email: *tbeko@etsreno.com*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 7, 2020, at Sacramento, California.

_____
Sherry Ramirez