KEVIN A. FLAUTT, State Bar No. 257892
*kflautt@kmtg.com*
KAITLIN S. HARR, State Bar No. 327665
*kharr@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for SUSANVILLE SANITARY DISTRICT, STEVE J. STUMP, JOHN MURRAY, ERNIE PETERS, DAVID FRENCH, KIM ERB, and MARTY HEATH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH STAMPFLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual and official capacities, JOHN MURRAY, in his individual and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities, MARTY HEATH, in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V, and ABLE & BAKER COMPANIES, inclusive,<br><br>Defendants. | Case No. 2:20-CV-01566-WBS-DMC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS**<br><br>Hon. William B. Shubb<br><br>Date:        February 8, 2021<br>Time:        1:30 p.m.<br>Courtroom:  5<br><br>Trial Date:    TBD<br>Action Filed:  August 6, 2020 |

**ORDER**

The Court has reviewed the stipulation filed by the parties in this matter, Dkt. No. 30, on the Motion of Susanville Sanitary District, Steve J. Stump, John Murray, Ernie Peters, David French, Kim Erb, and Marty Heath to Dismiss the First Amended Complaint for Damages and Injunctive Relief filed herein, which requests that the hearing on the Motion be rescheduled from February 8, 2021, at 1:30 p.m. to March 8, 2021, at 1:30 p.m.

Having reviewed the stipulation, and good cause appearing, the hearing scheduled for February 8, 2021, at 1:30 p.m. on the Motion of Susanville Sanitary District, Steve J. Stump, John Murray, Ernie Peters, David French, Kim Erb, and Marty Heath to Dismiss the First Amended Complaint for Damages and Injunctive Relief filed herein, is hereby rescheduled to **March 8, 2021, at 1:30 p.m**. on the terms set forth in the stipulation.  The Scheduling Conference is continued from March 29, 2021 to **April 26, 2021 at 1:30 p.m.**  A joint status report shall be filed no later than **April 12, 2021**.

IT IS SO ORDERED.

Dated:  February 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE