KEVIN A. FLAUTT, State Bar No. 257892
*kflautt@kmtg.com*
KAITLIN S. HARR, State Bar No. 327665
*kharr@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
1331 Garden Highway, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for SUSANVILLE SANITARY DISTRICT, STEVE J. STUMP, JOHN MURRAY, ERNIE PETERS, DAVID FRENCH, KIM ERB, and MARTY HEATH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH STAMPFLI, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual and official capacities, JOHN MURRAY, in his individual and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities, MARTY HEATH, in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V, and ABLE & BAKER COMPANIES, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-CV-01566-WBS-DMC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE FRCP 26(F) PRETRIAL SCHEDULING CONFERENCE**<br><br>Hon. William B. Shubb<br><br>Trial Date:　　TBD<br>Action Filed:　August 6, 2020 |

2057492.1  14543-003

ORDER GRANTING STIPULATION TO CONTINUE FRCP 26(F) PRETRIAL SCHEDULING CONFERENCE

**ORDER**

The Court has reviewed the stipulation filed by the parties in this matter on April 7, 2021, which requests that the pretrial scheduling conference be rescheduled from April 26, 2021, at 1:30 p.m. to August 2, 2021, at 1:30 p.m. or the next available date convenient to the Court.

Having reviewed the stipulation, and good cause appearing, the pretrial scheduling conference scheduled for April 26, 2021, at 1:30 p.m., is hereby rescheduled to August 2, 2021, at 1:30 p.m. on the terms set forth in the stipulation.

IT IS SO ORDERED.

Dated:  April 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

*Deborah Stampfli v. Susanville Sanitary District, et al.*
Case No. 2:20-CV-01566-WBS-DMC

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 1331 Garden Hwy, 2nd Floor, Sacramento, CA 95833.

On April 7, 2021, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE FRCP 26(F) PRETRIAL SCHEDULING CONFERENCE** on the interested parties in this action as follows:

Thomas P. Beko
ERICKSON, THORPE & SWAINSTON
P.O. Box 3559
Reno, NV 89595
Telephone: (775) 786-3930
Email: *tbeko@etsreno.com*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 7, 2021, at Sacramento, California.

_____
Terri Whitman