1 | KEVIN A. FLAUTT, State Bar No. 257892
*kflautt@kmtg.com*
2 | KAITLIN S. HARR, State Bar No. 327665
*kharr@kmtg.com*
3 | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
1331 Garden Highway, 2nd Floor
4 | Sacramento, California 95833
Telephone: (916) 321-4500
5 | Facsimile: (916) 321-4555

6 | Attorneys for SUSANVILLE SANITARY DISTRICT, STEVE J. STUMP, JOHN MURRAY, ERNIE PETERS, DAVID FRENCH, KIM ERB, and MARTY HEATH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH STAMPFLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual and official capacities, JOHN MURRAY, in his individual and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities, MARTY HEATH, in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V, and ABLE & BAKER COMPANIES, inclusive,<br><br>Defendants. | Case No. 2:20-CV-01566-WBS-DMC<br><br>**ORDER GRANTING STIPULATION TO EXTEND FILING DEADLINE**<br><br>Trial Date:    TBD<br>Action Filed:  August 6, 2020 |

**ORDER**

The Court has reviewed the stipulation filed by the parties in this matter on July 19, 2021, which requests that the Defendants' filing deadline for their response to the Third Amended Complaint be extended by one week, through and until July 27, 2021.

Having reviewed the stipulation, and good cause appearing, the Defendants' filing deadline for their response to the Third Amended Complaint is hereby extended to July 27, 2021.

IT IS SO ORDERED

Dated:  July 19, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE