1  THOMAS P. BEKO, ESQ.
   California Bar No. 128546
2  BRENT L. RYMAN, ESQ.
3  California Bar No. 232274
   ERICKSON, THORPE & SWAINSTON
4  P. O. Box 3559, Reno, NV 89505
   Telephone: (775) 786-3930
5  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH STAMPFLI, an individual, | Case No. 2:20-CV-01566-WBS-DMC |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS THIRD-AMENDED COMPLAINT** |
| vs. | |
| SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual and official capacities, JOHN MURRAY, in his individual and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities, MARTY HEATH in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V; ABLE & BAKER COMPANIES, inclusive, | Hon. William B. Shubb<br><br>Date:         November 1, 2021<br>Time:         1:30 p.m.<br>Courtroom:   5<br>Trial Date:    TBD<br>Action Filed: August 6, 2020 |
| Defendants. | |

2007922.1  14543-003

1

STIPULATION FOR FILING OF AMENDED COMPLAINT

The Court has reviewed the stipulation filed by the parties in this matter on August 23, 2021, and hereby orders the Hearing on Defendants' Motion to Dismiss Third-Amended Complaint rescheduled from September 7, 2021, at 1:30 p.m., to **November 1, 2021, at 1:30 p.m**.  Plaintiff will file her opposition to the Motion to Dismiss Third-Amended Complaint no later than October 18 2021, and Defendants will file their reply in support of the Motion to Dismiss Third-Party Complaint no later than October 25, 2021.

The Scheduling Conference is continued to **January 18, 2022 at 1:30 p.m**.  A joint status report shall be filed no later than **January 4, 2022** in accordance with the Court's [4] Order Re: Status (Pretrial Scheduling) Conference filed 8/6/2020.

IT IS SO ORDERED.

Dated:  August 24, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE