1  KEVIN A. FLAUTT, State Bar No. 257892
   *kflautt@kmtg.com*
2  KAITLIN S. HARR, State Bar No. 327665
   *kharr@kmtg.com*
3  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   1331 Garden Highway, 2nd Floor
4  Sacramento, California 95833
   Telephone: (916) 321-4500
5  Facsimile: (916) 321-4555

6  Attorneys for SUSANVILLE SANITARY
   DISTRICT, STEVE J. STUMP, JOHN
7  MURRAY, ERNIE PETERS, DAVID FRENCH,
   KIM ERB, and MARTY HEATH
8

9                    **UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11

| 12 | DEBORAH STAMPFLI, an individual, | Case No. 2:20-CV-01566-WBS-DMC |
|---|---|---|
| 13 | Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT** |
| 14 | v. | |
| 15 | SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual and official capacities, JOHN MURRAY, in his individual and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities, MARTY HEATH, in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V, and ABLE & BAKER COMPANIES, inclusive, | Hon. William B. Shubb<br><br>Trial Date:   TBD<br>Action Filed:  August 6, 2020 |
| 22 | Defendants. | |

2022-02-23-- Order Granting Stipulation to Continue Hearing on MSJ

1

ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

**ORDER**

The Court has reviewed the stipulation filed by the parties in this matter on February 23, 2022, which requests that the hearing on the motion for summary judgment be rescheduled from March 21, 2022, at 1:30 p.m. to April 4, 2022, at 1:30 p.m. or the next available date convenient to the Court.

Having reviewed the stipulation, and good cause appearing, the motion for summary judgment scheduled for March 21, 2022, at 1:30 p.m., is hereby rescheduled to April 4, 2022, at 1:30 p.m. on the terms set forth in the stipulation.

IT IS SO ORDERED.

Dated:  February 23, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE