KEVIN A. FLAUTT, State Bar No. 257892
*kflautt@kmtg.com*
KAITLIN S. HARR, State Bar No. 327665
*kharr@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
1331 Garden Highway, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for SUSANVILLE SANITARY DISTRICT, STEVE J. STUMP, JOHN MURRAY, ERNIE PETERS, DAVID FRENCH, KIM ERB, and MARTY HEATH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH STAMPFLI, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual and official capacities, JOHN MURRAY, in his individual and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities, MARTY HEATH, in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V, and ABLE & BAKER COMPANIES, inclusive,<br><br>             Defendants. | Case No. 2:20-CV-01566-WBS-DMC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. William B. Shubb<br><br>Trial Date:     TBD<br>Action Filed:  August 6, 2020 |

2190349.1  14543-003

1

ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT

**ORDER**

The Court has reviewed the stipulation filed by the parties in this matter on March 18, 2022, which requests on stipulation that the hearing on the motion for summary judgment be rescheduled from April 4, 2022, at 1:30 p.m. to May 2, 2022, at 1:30 p.m. or the next available date convenient to the Court.

Having reviewed the stipulation, and good cause appearing, the motion for summary judgment scheduled for April 4, 2022, at 1:30 p.m., is hereby rescheduled to May 2, 2022, at 1:30 p.m. on the terms set forth in the stipulation.

The scheduling conference scheduled for May 23, 2022 , is also hereby rescheduled to July 5, 2022 at 1:30 p.m., with a resulting June 21, 2022, deadline to file a joint status report.

IT IS SO ORDERED.

Dated: March 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE