UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DEBORAH STAMPFLI,<br><br>           Plaintiff,<br><br>    v.<br><br>SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California; STEVE J. STUMP, in his individual and official capacities; ERNIE PETERS, in his individual and official capacities; DAVID FRENCH, in his individual and official capacities; KIM ERB, in his individual and official capacities; MARTY HEATH, in his individual and official capacities; DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V; and ABLE & BAKER COMPANIES, inclusive,<br><br>           Defendants. | No. 2:20-cv-01566 WBS DMC<br><br>ORDER |

----oo0oo----

Plaintiff's request for discovery, (Docket Nos. 81, 88), is hereby GRANTED, as qualified by the court's remarks on

1

the record during the May 31, 2022 hearing on this matter.

As stated during that hearing, the requested discovery shall be completed no later than August 29, 2022.  Plaintiff's opposition to defendant Stump's motion for summary judgment (Docket No. 72) shall be filed no later than September 12, 2022, and a reply, if any, shall be filed no later than September 26, 2022.  Argument on motion will be heard on October 3, 2022, at 1:30 p.m.

IT IS SO ORDERED.

Dated:  June 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE