1  KEVIN A. FLAUTT, State Bar No. 257892
   *kflautt@kmtg.com*
2  KAITLIN S. HARR, State Bar No. 327665
   *kharr@kmtg.com*
3  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   1331 Garden Highway, 2nd Floor
4  Sacramento, California 95833
   Telephone: (916) 321-4500
5  Facsimile: (916) 321-4555

6  Attorneys for SUSANVILLE SANITARY
   DISTRICT, STEVE J. STUMP, JOHN
7  MURRAY, ERNIE PETERS, DAVID FRENCH,
   KIM ERB, and MARTY HEATH
8

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  DEBORAH STAMPFLI, an individual, | Case No. 2:20-CV-01566-WBS-DMC |
| 13  Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE COURT-ORDERED DISCOVERY DEADLINES AND COURT HEARING** |
| 14  v. | |
| 15  SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual and official capacities, JOHN MURRAY, in his individual and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities, MARTY HEATH, in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V, and ABLE & BAKER COMPANIES, inclusive, | Hon. William B. Shubb |
| | Trial Date:     TBD<br>Action Filed:  August 6, 2020 |
| 22  Defendants. | |

23
24
25
26
27
28

1
ORDER GRANTING STIPULATION TO CONTINUE COURT-ORDERED DISCOVERY DEADLINES AND
COURT HEARING

**ORDER**

Having reviewed the stipulation filed by the parties in this matter on September 1, 2022, and good cause appearing, discovery-related deadlines currently scheduled for August 29, 2022, September 12, 2022, and September 26, 2022, and the motion for summary judgment hearing scheduled for October 3, 2022, at 1:30 p.m., respectively, are hereby rescheduled as follows:

Discovery shall be completed no later than October 31, 2022; Plaintiff's Opposition to Defendant Stump's Motion for Summary Judgment shall be filed by November 21, 2022; Defendants' Reply, if any, shall be filed by December 5, 2022; and Argument on the motion will be heard on December 12, 2022, at 1:30 p.m.,

IT IS SO ORDERED.

Dated:  September 2, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE