KEVIN A. FLAUTT, State Bar No. 257892
*kflautt@kmtg.com*
KAITLIN S. HARR, State Bar No. 327665
*kharr@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
1331 Garden Highway, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for SUSANVILLE SANITARY DISTRICT, STEVE J. STUMP, JOHN MURRAY, ERNIE PETERS, DAVID FRENCH, KIM ERB, and MARTY HEATH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DEBORAH STAMPFLI, an individual,

Plaintiff,

v.

SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual and official capacities, JOHN MURRAY, in his individual and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities, MARTY HEATH, in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V, and ABLE & BAKER COMPANIES, inclusive,

Defendants.

Case No. 2:20-CV-01566-WBS-DMC

**ORDER GRANTING STIPULATION TO CONTINUE COURT-ORDERED DISCOVERY DEADLINES AND COURT HEARING**

Hon. William B. Shubb

Trial Date: TBD
Action Filed: August 6, 2020

/ / /

/ / /

/ / /

/ / /

/ / /

2022-11-18- Order Granting Stipulation to Continue Court-Ordered Discovery Deadlines and Court Hearing

1

ORDER GRANTING STIPULATION TO CONTINUE COURT-ORDERED DISCOVERY DEADLINES AND COURT HEARING


**ORDER**

Having reviewed the stipulation filed by the parties in this matter on November 18, 2022, and good cause appearing, the discovery-related deadline currently scheduled for October 31, 2022, and the motion for summary judgment hearing scheduled for December 12, 2022, at 1:30 p.m., respectively, are hereby rescheduled as follows:

Discovery shall be completed no later than December 31, 2022; Plaintiff's Opposition to Defendant Stump's Motion for Summary Judgment shall be filed by January 31, 2023; Defendants' Reply, if any, shall be filed by February 14, 2023; and Argument on the motion will be heard on February 21, 2023, at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE