THOMAS P. BEKO, ESQ.
California Bar No. 128546
BRENT L. RYMAN, ESQ.
California Bar No. 232274
ERICKSON, THORPE & SWAINSTON
P. O. Box 3559, Reno, NV 89505
Telephone: (775) 786-3930
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH STAMPFLI, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual and official capacities, JOHN MURRAY, in his individual and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities, MARTY HEATH in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V; ABLE & BAKER COMPANIES, inclusive,<br><br>    Defendants. | Case No. 2:20-CV-01566-WBS-DMC<br><br>**ORDER GRANTING STIPULATION TO EXTEND RESPONSE TIME FOR PLAINTIFF'S OPPOSITION TO DEFENDANT STUMP'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. William B. Shubb<br><br>Hearing Date February 21, 2023<br>Hearing Time: 1:30 p.m.<br>Trial Date:    TBD<br>Action Filed: August 6, 2020 |

The Court has reviewed the stipulation [Doc. No. 101] filed by the parties in this matter entered into on January 31, 2023, and hereby orders the due date for Plaintiff's Opposition to

Defendant Stump's Motion for Summary Judgment be extended one day, from January 31, 2023, to February 1, 2023.

Accordingly, Plaintiff shall file her Opposition to the Motion for Summary Judgment no later than February 1, 2023.

IT IS SO ORDERED.

Dated:  February 6, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE