UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DEBORAH STAMPFLI, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual and official capacities, JOHN MURRAY, in his individual and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities, MARTY HEATH, in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V, and ABLE & BAKER COMPANIES, inclusive,<br><br>            Defendants. | No. 2:20-cv-01566 WBS DMC |

----oo0oo----

1

1                       AMENDED SCHEDULING ORDER

2                  This matter is on remand from the Ninth Circuit.  After
3     reviewing the parties' Joint Status Report, the court hereby
4     vacates the status conference scheduled for **August 26, 2024**, and
5     makes the following findings and orders without needing to
6     consult with the parties any further.

7     I.    MOTION HEARING SCHEDULE

8                  Because the case was stayed pending appeal before the
9     previous motion deadline passed (see Docket Nos. 95, 123), the
10    court now sets a new motion deadline.

11                 All motions, except motions for continuances, temporary
12    restraining orders, or other emergency applications, shall be
13    filed on or before **February 10, 2025.**  All motions shall be
14    noticed for the next available hearing date.  Counsel are
15    cautioned to refer to the local rules regarding the requirements
16    for noticing and opposing such motions on the court's regularly
17    scheduled law and motion calendar.

18    II.   DISCOVERY

19                 The parties shall disclose experts and produce reports
20    in accordance with Federal Rule of Civil Procedure 26(a)(2) by no
21    later than **October 28, 2024.**  With regard to expert testimony
22    intended solely for rebuttal, those experts shall be disclosed
23    and reports produced in accordance with Federal Rule of Civil
24    Procedure 26(a)(2) on or before **November 25, 2024.**

25                 All discovery, including depositions for preservation
26    of testimony, is left open, save and except that it shall be so
27    conducted as to be completed by **December 23, 2024.**  The word
28    "completed" means that all discovery shall have been conducted so

that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.  All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **December 23, 2024.**

III. FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for **April 21, 2025,** at 1:30 p.m. in Courtroom No. 5.  The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 281 and 282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled

defenses thereto.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

IV.   TRIAL SETTING

The jury trial is set for **June 17, 2025** at 9:00 a.m. The parties estimate that the trial will last seven days.

V.    SETTLEMENT CONFERENCE

A Settlement Conference with a magistrate judge will be set at the time of the Pretrial Conference.  Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.  At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge.  The Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

IT IS SO ORDERED.

Dated: August 22, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE