1  KEVIN A. FLAUTT, State Bar No. 257892
   *kflautt@kmtg.com*
2  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   1331 Garden Highway, 2nd Floor
3  Sacramento, California 95833
   Telephone: (916) 321-4500
4  Facsimile: (916) 321-4555

5  Attorneys for SUSANVILLE SANITARY
   DISTRICT, STEVE J. STUMP, JOHN
6  MURRAY, ERNIE PETERS, DAVID FRENCH,
   KIM ERB, and MARTY HEATH
7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| DEBORAH STAMPFLI, an individual, | Case No. 2:20-CV-01566-WBS-DMC |
| Plaintiff, | **ORDER GRANTING STIPULATION TO WITHDRAW MOTION FOR PARTIAL SUMMARY JUDGMENT WITHOUT PREJUDICE** |
| v. | |
| SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual and official capacities, JOHN MURRAY, in his individual and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities, MARTY HEATH, in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V, and ABLE & BAKER COMPANIES, inclusive, | Hon. William B. Shubb |
| | Date:        September 30, 2024<br>Time:       1:30 p.m.<br>Courtroom:  5 |
| | Trial Date:    TBD<br>Action Filed:  August 6, 2020 |
| Defendants. | |

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

4858-7844-7845.1                          1

**ORDER**

Having reviewed the stipulation filed by the parties in this matter on September 16, 2024, and good cause appearing, the motion for partial summary judgment is deemed withdrawn and the hearing scheduled for September 30, 2024, at 1:30 p.m. in Department 5 is vacated, without prejudice to Plaintiff later refiling and renewing any later motion for summary judgment.

IT IS SO ORDERED.

Dated:  September 16, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE