1  KEVIN FLAUTT, Bar No. 257892
   kevin.flautt@bbklaw.com
2  BEST BEST & KRIEGER LLP
   500 Capitol Mall
3  Suite 2500
   Sacramento, California  95814
4  Telephone:  (916) 325-4000
   Facsimile:   (916) 325-4010
5
   Attorneys for Defendants
6  STEVE J. STUMP and SUSANVILLE
   SANITARY DISTRICT
7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | DEBORAH STAMPFLI, an individual, | Case No. 2:20-CV-01566-WBS-DMC

12 | Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY DEADLINE AND MOTION FOR ATTORNEY'S FEES HEARING**

13 | v. |

14 | SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual capacity and official capacities, JOHN MURRAY, in his individual capacity and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities; MARTY HEATH, in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V, and ABLE & BAKER COMPANIES, inclusive, | Crtrm:     5
                                                                              Judge:     Hon. William B. Shubb
                                                                              Trial Date:    June 17, 2025
                                                                              Action Filed:  August 6, 2020

Defendants.

# **ORDER**

Having reviewed the stipulation filed by the parties in this matter on November 12, 2024, and good cause appearing, the Discovery deadline currently set for December 23, 2024, shall be extended such that all discovery motions shall be filed by February 10, 2025 and all discovery completed as defined in the Amended Scheduling Order (Dkt. No. 146) by March 17, 2025.

Plaintiff's motion for Attorney's Fees (Dkt. No.154) shall be continued to January 6, 2025 at 1:30 p.m.; Defendant's Reply, if any, shall be filed by December 16, 2024; Plaintiff's Opposition, if any, shall be filed by December 4, 2024.

IT IS SO ORDERED.

Dated: November 12, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE