THOMAS P. BEKO, ESQ.
California Bar No. 128546
BRENT L. RYMAN, ESQ.
California Bar No. 232274
ERICKSON, THORPE & SWAINSTON
P. O. Box 3559, Reno, NV 89505
Telephone: (775) 786-3930
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH STAMPFLI, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual and official capacities, JOHN MURRAY, in his individual and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities, MARTY HEATH in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V; ABLE & BAKER COMPANIES, inclusive,<br><br>    Defendants. | Case No. 2:20-CV-01566-WBS-DMC<br><br>**ORDER GRANTING STIPULATION TO EXTEND RESPONSE TIME FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR DETERMINATION OF AMOUNT OF ATTORNEY'S FEES AND FOR AN AWARD OF INTERIM FEES IN THE DISTRICT COURT, and FOR DEFENDANT STEVE J. STUMP'S RESPONSES TO DISCOVERY REQUESTS**<br><br>Judge: Hon. William B. Shubb<br><br>Date: January 6, 2025, 1:30 p.m.<br>Crtrm.: 5<br><br>Trial Date: June 17, 2025<br>Action Filed August 6, 2020 |

1.

Having reviewed the stipulation filed by the parties in this matter on December 13, 2024, and good cause appearing, the response date for Plaintiff's Reply in Support of Motion for

Determination of Amount of Attorney's Fees and for an Award of Interim Fees in the District Court, currently due December 16, 2024, shall be extended to December 18, 2024.

Further, defendant's responses to *Plaintiff's Request for Production of Documents to Steve J. Stump-Set Three*, and to *Plaintiff's Interrogatories to Steve J. Stump-Set One*, due December 9, 2024, and for the completion of defendant's response to *Plaintiff's Request for Production of Documents to Steve J. Stump-Set Three* shall be extended to December 19, 2024.

IT IS SO ORDERED.

Dated:  December 16, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE