KEVIN FLAUTT, Bar No. 257892
kevin.flautt@bbklaw.com
BEST BEST & KRIEGER LLP
500 Capitol Mall
Suite 2500
Sacramento, California 95814
Telephone: (916) 325-4000
Facsimile: (916) 325-4010

Attorneys for Defendants
STEVE J. STUMP and SUSANVILLE SANITARY DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH STAMPFLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUSANVILLE SANITARY DISTRICT, a political subdivision of the State of California, STEVE J. STUMP, in his individual capacity and official capacities, JOHN MURRAY, in his individual capacity and official capacities, ERNIE PETERS, in his individual and official capacities, DAVID FRENCH, in his individual and official capacities, KIM ERB, in his individual and official capacities; MARTY HEATH, in his individual and official capacities, DOES I-V, inclusive, BLACK & WHITE CORPORATIONS I-V, and ABLE & BAKER COMPANIES, inclusive,<br><br>Defendants. | Case No. 2:20-CV-01566-WBS-DMC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES FOR MEDIATION WITH RETIRED JUDGE MORRISON ENGLAND**<br><br>Crtrm: 5<br>Judge: Hon. William B. Shubb<br>Trial Date: June 17, 2025<br>Action Filed: August 6, 2020 |

# **ORDER**

Having reviewed the stipulation filed by the parties in this matter on January 17, 2025, and good cause appearing, the Trial currently set for June 17, 2025 is continued to **September 30, 2025 at 9:0 a.m.** The Pretrial Conference is continued to **July 28, 2025 at 1:30 p.m.** All other associated deadlines shall be continued in this matter for an equivalent 90 day calendar day period.

IT IS SO ORDERED.

Dated: January 17, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE